No. 73–661. GOSS ET AL. *v.* BOARD OF EDUCATION OF CITY OF KNOXVILLE, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. 